```
         IN THE UNITED STATES DISTRICT COURT
            WESTERN DISTRICT OF ARKANSAS
                 FAYETTEVILLE DIVISION
```

**UNITED STATES OF AMERICA**                                              PLAINTIFF

v.      Criminal Case No. 11-50045

**DAVID GACHUZO-RODRIGUEZ**                                              DEFENDANT

### O R D E R

Now on this 23rd day of May, 2011, comes on for consideration the **Magistrate Judge's Report And Recommendation** (document #17) and **Waiver Of Objections To Report And Recommendation** (document #16), and the Court, being well and sufficiently advised, finds that the Report And Recommendation is sound in all respects, and should be adopted.  Accordingly, the Court accepts defendant's plea of guilty to the one-count Indictment, and tentatively approves the written Plea Agreement, subject to final approval at sentencing.

**IT IS SO ORDERED.**

  /s/ Jimm Larry Hendren
**JIMM LARRY HENDREN
UNITED STATES DISTRICT JUDGE**